UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In Re:

JESUS CHEVALIER

Chapter 13

Case No. 10-37973

Debtor(s)
-----------------------------------------------------------x

TRUSTEE'S REPORT OF UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following dividend is unclaimed over 90 days from the date of issuance:

| CLAIMANT NAME & LAST KNOW ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| LENDER BUSINESS PROCESS SERVICE<br>14523 S.W.S MILLIKEN WAY<br>SUITE 200<br>BEAVERTON, OR 97005 | $.30 |

Trustee check number 448042 to your order in the sum of $ .30 is annexed representing the total of the aforesaid unclaimed dividend.

Dated: White Plains, New York
March 14, 2016

Respectfully submitted,

Jeffrey L. Sapir

Digitally signed by Jeffrey L. Sapir
DN: cn=Jeffrey L. Sapir, o=Standing Chapter 13 Trustee, ou=Chapter 13 Trustee, email=info@sapirch13tr.com, c=US
Date: 2016.03.14 11:08:43 -04'00'

JEFFREY L. SAPIR
Standing Chapter 13 Trustee
399 Knollwood Road, Suite 102
White Plains, NY 10603
914-328-6333